## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: David L. Morris<br>　　　　　　Debtor | CHAPTER 7<br><br>BKY. NO. 17-20270 CMB |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Quicken Loans Inc., and index same on the master mailing list.

                                         Respectfully submitted,

                                         **/s/ James C. Warmbrodt, Esquire**
                                         James C. Warmbrodt, Esquire
                                         jwarmbrodt@kmllawgroup.com
                                         Attorney I.D. No. 42524
                                         KML Law Group, P.C.
                                         701 Market Street, Suite 5000
                                         Philadelphia, PA 19106
                                         Phone: 215-627-1322
                                         Fax: 215-627-7734
                                         Attorney for Movant/Applicant