# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** ) | |
| ) | |
| David L. Morris ) | |
| ) | **Bankruptcy No.** 17-20270-CMB |
| ) | |
| ) | |
| **Filing Party Name and Address:** ) | |
| Paula J. Cialella ) | |
| 113 North Mercer Street ) | |
| New Castle, PA 16101 | |

## Request for Filing Fee

The **Chapter 7 Voluntary Petition** for the above-referenced case was filed on **January 25, 2017**.

The fee of $335.00 for the filing of the Petition has not yet been paid. A check or money order in the amount of **$335.00** payable to Clerk, United States Bankruptcy Court must be submitted within four days of the date this request is issued.

Failure to pay the fee may cause the court to take additional action.

**Please submit a copy of this request with your payment.**

Michael R. Rhodes, Clerk
United States Bankruptcy Court
Western District of Pennsylvania
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Date: June 21, 2017                          By: Lee Katsafanas
                                             Deputy Clerk

**Instructions for Deputy Clerk:**                Filing Fee Paid: $
Original and copy to filing party                 Receipt No.
Copy attached to document
Copy to Financial Administrator

#92e-I