| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **David L Morris** <br> First Name    Middle Name    Last Name | Social Security number or ITIN   **xxx–xx–0272** <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | _____ <br> First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA** | | |
| Case number:   **17–20270–CMB** | | |

## Order of Discharge                                                                                                   12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

David L Morris

6/26/17                                             **By the court:**   <u>Carlota M. Bohm</u>
                                                                         United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318                **Order of Discharge**                page 2

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 17-20270-CMB
David L Morris                                                          Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: amaz              Page 1 of 1            Date Rcvd: Jun 26, 2017
                              Form ID: 318            Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2017.
```
db             +David L Morris,    3585 Princeton Road,    New Castle, PA 16101-7855
14354158        Citi Cards,    PO box 9001037,    Louisville, KY 40290-1037
14363890       +First Federal Credit,    24700 Chagrin Blvd Ste 2,    Beachwood, OH 44122-5662
14363891       +Mahoning Consumer Finance,    2418 Wilmington Road,    New Castle, PA 16105-1990
14354159        Mahoning Consumer Finance,    Wilmington Road,    New Castle, PA 16105
14368051       +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14363893        Sears Credit Card,    PO Box 9001055,    Louisville, KY 40290-1055
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 27 2017 00:26:38      Pennsylvania Dept. of Revenue,
                 Department 280946,   P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
14354156        EDI: CAPITALONE.COM Jun 27 2017 00:23:00      Capital One Bank (USA) N.A.,    PO Box 71083,
                 Charlotte, NC 28272-1083
14354157        EDI: TSYS2.COM Jun 27 2017 00:23:00      Card Services,   PO Box 13337,
                 Philadelphia, PA 19101-3337
14354160       +E-mail/Text: bankruptcyteam@quickenloans.com Jun 27 2017 00:26:55       Quicken Loans,
                 1050 Woodward Ave,    Detroit, MI 48226-1906
                                                                                              TOTAL: 4
```

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr              Quicken Loans Inc.
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14363887*       Capital One Bank (USA) N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
14364043*       Capital One Bank (USA) N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
14364044*       Card Services,    PO Box 13337,    Philadelphia, PA 19101-3337
14363888*       Card Services,    PO Box 13337,    Philadelphia, PA 19101-3337
14363889*       Citi Cards,    PO box 9001037,    Louisville, KY 40290-1037
14364045*       Citi Cards,    PO box 9001037,    Louisville, KY 40290-1037
14364046*      +First Federal Credit,    24700 Chagrin Blvd Ste 2,    Beachwood, OH 44122-5662
14364047*      +Mahoning Consumer Finance,    2418 Wilmington Road,    New Castle, PA 16105-1990
14363892*      +Quicken Loans,    1050 Woodward Ave,    Detroit, MI 48226-1906
14364048*      +Quicken Loans,    1050 Woodward Ave,    Detroit, MI 48226-1906
14364049*       Sears Credit Card,    PO Box 9001055,    Louisville, KY 40290-1055
                                                                                   TOTALS: 1, * 12, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2017                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2017 at the address(es) listed below:
```
              Charles O. Zebley, Jr.   COZ@Zeblaw.com, PA67@ecfcbis.com;Lyndie@Zeblaw.com
              James    Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paula J. Cialella    on behalf of Debtor David L Morris paula@cialellalaw.com,
               jamil@cialellalaw.com;jennie@cialellalaw.com;cialellalaw@yahoo.com;r47858@notify.bestcase.com
                                                                                             TOTAL: 4
```